**FILED**
September 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER RICK MONTEZ, | § | |
| Plaintiff, | § | |
| v. | § | NO. SA-25-CV-00915-OLG |
| PATRICK L. HANCOCK, | § | |
| Defendant. | § | |

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed August 8, 2025, concerning pro se litigant Christopher Rick Montez's permission to file in this court. (*See* R&R, Dkt. No. 4.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on August 8 (*see* Dkt. No. 5) and received on August 18 (*see* Dkt. No. 8). Instead of objections, Montez has filed nine motions in this case since August 13—namely, requests for a warrant (Dkt. No. 7; Dkt. No. 9), for summons (Dkt. No. 10), to "be Sworn in for a Warrant" (Dkt. No. 12), for settlement (Dkt. No. 13), for "192 Foreign Counsels" (Dkt. No. 14), to "Speak to Judge" (Dkt. No. 15), for permission to file (Dkt. No. 16), and for "Denied Case" (Dkt. No. 17).

If a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting

*Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

None of Montez's filings raise any specific objections to the findings or recommendation; nevertheless, the Court has reviewed the R&R de novo and finds that it is in all things correct and should be accepted. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, and, for the reasons set forth therein, **DENIES** Montez's request for permission to file (Dkt. No. 1).

This case is **CLOSED**, and all other pending motions are **DISMISSED AS MOOT**.

It is so **ORDERED**.

**SIGNED** this 16 day of September, 2025.

_____
ORLANDO L. GARCIA
United States District Judge